UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Baldacchino, | : |
| | : |
| | : Civil Action No.:  1:13-cv-10114-DPW |
| Plaintiff, | : |
| v. | : |
| | : |
| Financial Recovery Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Gregory Baldacchino ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 4, 2013

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 4, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Steven S. Broadley
Posternak Blankstein & Lund LLP
800 Boylston Street, 33rd Floor
Boston, MA 02199 617-973-6100

              By /s/ Sergei Lemberg
                Sergei Lemberg